**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :    No. 816 MAL 2017

                 Respondent          :

                                        :    Petition for Allowance of Appeal from

                                        :    the Order of the Superior Court

             v.                    :

                                        :

ANTHONY LEE KEMBERLING,        :

                                 :

               Petitioner         :


## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 30th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.